WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company

DOUGLAS R. WRIGHT        9643
KAREN A. DROSCOSKI       8319
1885 Main Street, Suite 106
Wailuku, HI 96793
Telephone: 808-244-6644
Facsimile: 808-244-1013
Email: doug@wkmaui.com
       karen@wkmaui.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| WADE KELIIKIPI,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>    Defendant. | CV. NO. 25-00319 MWJS-RT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Trial: January 25, 2027 |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Wade Keliikipi ("Plaintiff") and Defendant Experian Information

Solutions, Inc., ("Experian") jointly stipulate and agree to the dismissal of all of

Plaintiff's claims against Experian, with prejudice. It is hereby stipulated and agreed

between Plaintiff and Experian that the above-entitled action is hereby dismissed with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. There are no remaining claims and all parties who have appeared are signing this dismissal.

DATED: Waianae, Hawaiʻi; February 25, 2026.

*/s/ Wade Keliikipi*
WADE KELIIKIPI

Plaintiff *Pro Se*

DATED: Wailuku, Maui, Hawaiʻi; February 25, 2026.

*/s/ Douglas R. Wright*
DOUGLAS R. WRIGHT

Attorney for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

APPROVED AS TO FORM:

Dated:  February 26, 2026, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

*WADE KELIIKIPI v. EXPERIAN INFORMATION SOLUTIONS, INC.*, Cv. No. 25-00319 MWJS-RT; **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**